IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SHEET METAL WORKERS LOCAL 265 WELFARE FUND, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION |
| vs. | ) ) | NO. 08 C 0387 |
| MIDWEST SHEET METAL, INC., an Illinois corporation, | ) ) ) ) | JUDGE RONALD GUZMAN |
| Defendant. | ) | |

## NOTICE OF VOLUNTARY DISMISSAL

TO:  Mr. Robert J. Spears, Registered Agent/President
Midwest Sheet Metal, Inc.
5723 Weatherstone Way
Johnsburg, IL  60050

NOW COME Plaintiffs, by and through their attorneys, and, as of right in accordance with Rule 41(a)(1)(I), Federal Rules of Civil Procedure, hereby dismiss this action without prejudice to the rights of Plaintiffs.

/s/   Jennifer L. Dunitz-Geiringer

Jennifer L. Dunitz-Geiringer
Attorneys for the Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6237001
Telephone: 312/236-4316
Facsimile: 312/236-0241
E-Mail: jdunitz.geiringer@baumsigman.com

I:\265J\Midwest Sheet Metal\2008\notice of dismissal.jdg.df.wpd

**CERTIFICATE OF SERVICE**

   The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Notice of Voluntary Dismissal) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participant on or before the hour of 5:00 p.m. this 24th day of April 2008:

    Mr. Robert J. Spears, Registered Agent/President
    Midwest Sheet Metal, Inc.
    5723 Weatherstone Way
    Johnsburg, IL   60050

          /s/   Jennifer L. Dunitz-Geiringer

Jennifer L. Dunitz-Geiringer
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6237001
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: jdunitz.geiringer@baumsigman.com

I:\265J\Midwest Sheet Metal\2008\notice of dismissal.jdg.df.wpd